945

No. 813, Misc. FURTAK *v.* MANCUSI, WARDEN. Motion for leave to file petition for writ of mandamus and for other relief denied.

No. 508. FLYING TIGER LINE, INC. *v.* MURPHY ET AL. C. A. D. C. Cir. Certiorari denied. *Myer Feldman* and *Alvin Friedman* for petitioner. *Solicitor General Marshall, Assistant Attorney General Sanders, David L. Rose, Harvey L. Zuckman* and *Joseph B. Goldman* for Murphy et al., and *Warren E. Baker* for Trans World Airlines, Inc., respondents.

No. 511. HIGGINS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *R. Eugene Pincham* and *Charles B. Evins* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 517. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 533. MENE GRANDE OIL Co. *v.* MOBIL TANKERS Co., S. A., ET AL. C. A. 3d Cir. Certiorari denied. *Eugene Underwood* for petitioner. *Leslie C. Krusen* for respondents.

No. 537. MARSHALL ET AL. *v.* OLIVER, PRESIDENT OF RICHMOND PROFESSIONAL INSTITUTE, ET AL. Sup. Ct. App. Va. Certiorari denied. *Howard H. Carwile* for petitioners.